UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REAL PARTY OF INTEREST
PEOPLE OF MOORISH
NATIONAL REPUBLIC OF
PEACE, Ex rel. CHARLES
EDWARD GADSON, JR.,

    Plaintiff,

v.                                                       Case No. 3:21-cv-232-TJC-JBT

STATE OF FLORIDA INC.,
JACKSONVILLE SHERRIFF'S OFFICE,
MARK JEFFEREY BORELLO, SANDRA
KAYE YOUNG, MATTHEW WAYNE
SILVERSTEIN, and E. CRAWFORD, JR.,

    Defendants.

## O R D E R

This case is before the Court on pro se Plaintiff Real Party of Interest People of Moorish National Republic of Peace's In Forma Pauperis Affidavit, which the Court construes as a Motion to Proceed In Forma Pauperis (Doc. 2). On May 17, 2021, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 4) recommending that this case be dismissed for failure to state a claim upon which relief may be granted. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review

of the file and for the reasons stated in the Report and Recommendation (Doc. 4), it is hereby

**ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 4) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Real Party of Interest People of Moorish National Republic of Peace's Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> (Doc. 2) is **DENIED**.

3. This case is **DISMISSED** without prejudice.

4. The Clerk shall terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of July, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tn
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record